No. 79–1648.  THOMAS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 79–1651.  GARNER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 79–6016.  JONES *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 79–6031.  MOORE *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 79–6058.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 79–6123.  KAMPILES *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 79–6193.  ALMENDAREZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79–6204.  QUATERMAIN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 79–6265.  CHIODO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–6274.  MOORMAN *v.* DAVIS ET AL.  C. A. 4th Cir. Certiorari denied.

No. 79–6318.  McMILLON *v.* PADGETT, JUDGE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–6319.  WILLIAMSON *v.* HINTON, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 79–6323.  CAVER *v.* HILTON, PRISON SUPERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.